■ WALTER JOHANNES, Respondent, v LILLIAN FARRINGTON, Appellant. (And Another Action.)—Appeal from order of the Supreme Court, Suffolk County, dated March 13, 1979, dismissed, without costs or disbursements. The order was superseded by an order of the same court dated April 18, 1979 which granted reargument. Order dated April 18, 1979, affirmed, without costs or disbursements. No opinion. Mollen, P. J., Titone, Mangano and Gibbons, JJ., concur.